UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

WINFRED GENTRY MASSINGILL,

    Plaintiff,

v.                                        No. 5:20-CV-026-H

MARSHA McLANE, et al.

    Defendants.

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Winfred Gentry Massingill, proceeding pro se, filed this civil-rights complaint on January 28, 2020. Dkt. No. 1. United States Magistrate Judge D. Gordon Bryant, Jr. reviewed the complaint and submitted findings and conclusions to this Court. Dkt. No. 8. Judge Bryant recommended that the Court dismiss Massingill's complaint under Federal Rule of Civil Procedure 41(b) for failure to prosecute and for failure to follow orders of the Court. *Id.* at 2–3. Massingill did not file an objection to Judge Bryant's recommendation.

The Court has examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Massingill's complaint and the claims within it are dismissed without prejudice. All relief not expressly granted and any pending motions are denied.

So ordered on August 10, 2020.

                                                   _____
                                                   JAMES WESLEY HENDRIX
                                                   UNITED STATES DISTRICT JUDGE